UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60339-CIV-ZLOCH

LIONAL DALTON,

        Plaintiff,

vs.                             **FINAL ORDER OF DISMISSAL**

PAUL F. MARTUCCI, KAREN L.
MARTUCCI, and HARMONY HOME
FURNISHINGS, INC. d/b/a THE
FUTON COMPANY,

        Defendants.
_____/

    THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal With Prejudice (DE 7) filed herein by Plaintiff, Lional Dalton. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Notice Of Voluntary Dismissal With Prejudice (DE 7) filed herein by Plaintiff, Lional Dalton, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of April, 2016.

                                                  WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:
All Counsel of Record